**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:26-cr-111/MCR**

**EDWARD SCOTT MORRISON,**

**Defendant.**
______________________________/

**ACCEPTANCE OF PLEA OF GUILTY**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, EDWARD SCOTT MORRISON, to Counts One, Two, Five, Eleven, Thirteen, Fourteen, Fifteen, Nineteen, Twenty, Twenty-One, Twenty- Four, Twenty-Eight, Thirty, Thirty-Five, Thirty-Six, Thirty-Seven, Thirty-Eight, Forty, and Forty-One of the indictment is hereby **ACCEPTED**. All parties will appear before this Court for sentencing as directed.

**DONE and ORDERED** this 5th day of October 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**